33,551-12

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

Court of Criminal Appeals

Attn: Abel Acosta, Clerk

P.O. Box 12308 Capitol Station

Austin, Texas 78711

Re: Trial Court No. B-98-M012-0-PR-B-2

Writ No. WR-33,551-12

Dear Clerk Abel,                              May 22, 2015

Shall this brief missive encompass you and this Honorable Court squarely and fairly balanced in your ministrial affairs. I travel before you with order and decorum in hopes that my request is heard and answered.

According to your records the

-1-

Rev. 01/14/14

Bee County Clerk transmitted the original supplemental clerks record and my application for 11.07 Writ of Habeas Corpus to this Court of Criminal Appeals on the 11th day of May 2015.

Unfortunately I the Petitioner was not sent the States Answer, Findings of fact and conclusions of law, which is a violation of Petitioner's Constitutional Due Process Rights. In order to rebut the States Response (answer) Petitioner request the copy of the States Answer from this Court since the Trial Court was compelled by way of a Writ of Mandamus. Your time, aid, help and subjective influence are greatly appreciated in this meritorious endeavor.

Respectfully Yours

Sir. Darryl Lee #1231037
Alfred Hughes Unit
Route 2 Box 4400
Gatesville, TX. 76597

- 2 -